Before the First Division, June 18, 1964

No. 68655.—Exhibit Sales Co. *v.* United States, protests 63/10515, etc. (Los Angeles).

Opinion by Oliver, C.J.  In accordance with stipulation of counsel that the merchandise consists of metal articles having as an essential feature an electrical element or device, not chiefly used for the amusement of children, the claim of the plaintiff was sustained.

Before the Second Division, June 18, 1964

No. 68656.—American Pecco Corp. *v.* United States, protest 63/4230 (New York).

Opinion by Lawrence, J.  In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.